# CERTIFICATE OF SERVICE

I, Chester Smith, hereby certify that on the 12th day of January, 2016, I electronically filed the foregoing Plaintiffs' Brief in Opposition to Defendants' Motion to Dismiss with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

J. Duncan Pitchford, Asst. Atty. Gen. (VSB No. 87065)
*Counsel for Defendants*
Office of the Virginia Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 371-0977
Facsimile: (804) 786-2650
jpitchford@oag.state.va.us

I, Chester Smith, further certify that I have served the following non-CM/ECF users by first class United States Mail, postage prepaid:

John L. Findlay, Registered Agent
Republican Party of Virginia, Inc.
115 East Grace Street
Richmond, Virginia 23219

I, Chester Smith, further certify that I have served a copy of the foregoing by electronic mail upon counsel for the Republican Party of Virginia, Inc., Chris Marston, at chris.marston@gmail.com.

/*s*/ Chester Smith
Chester Smith
Smith Law Group, PLLC
293 Independence Boulevard, Suite 231
Virginia Beach, VA 23462
Phone: (757) 490-3181
Email: chucsmit@live.com
*Counsel for Plaintiffs*