IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEPHEN A. PARSON, et al., | ) |
|                Plaintiffs, | ) |
| v. | ) Civil Action No. 3:16CV-13-MHL |
| JAMES B. ALCORN, et al., | ) |
|                Defendants. | ) |

**RESPONSE TO PLAINTIFFS' MOTION FOR EMERGENCY INJUNCTION PENDING APPEAL**

Defendants, James B. Alcorn, Clara Belle Wheeler and Singleton B. McAllister, in their official capacities as Chairman, Vice-Chairman, and Secretary, respectively, of the State Board of Elections, by counsel, for their Response to Plaintiffs' Motion for Emergency Injunction Pending Appeal (Dkt# 28) state as follows:

**ARGUMENT**

The Plaintiffs' offer no new arguments in support of their request for emergency relief. Their brief (Dkt #29) offers nothing more than a restatement of the arguments previously rejected by the Court. As previously pointed out by the Defendants, the public interest weighs strongly against last-minute changes to election procedures, which unquestionably would occur were the Court to grant the current Motion. *See Purcell, et al. v. Gonzalez, et al.*, 549 U.S. 1 (2006), *Frank v. Walker*, 574 U.S. ___, 135 S.Ct. 7 (2014) (Alito, J., dissenting, joined by Scalia, J. and Thomas, J.), *Veasey, et al. v. Perry, et al.*, 574 U.S. ___, 135 S.Ct. 9 (2014) (Ginsberg, J., dissenting, joined by Sotomayor, J., and Kagan, J.).

The Fourth Circuit applies a similar standard to a request for stay pending appeal as it does for a request for injunctive relief. *See Long v. Robinson*, 432 F.2d 977, 979 (4th Cir. 1970) (a party seeking a stay "must show (1) that he will likely prevail on the merits of the appeal, (2) that he will suffer irreparable injury if the stay is denied, (3) that other parties will not be substantially harmed by the stay, and (4) that the public interest will be served by granting the stay."). The Court gave due consideration to the arguments offered by the Plaintiffs in support of their request for injunctive relief, and even afforded them the opportunity for supplemental briefing to demonstrate they would likely succeed on the merits of their Complaint. In its Order (Dkt# 27), the Court rejected the contentions presented in the current Motion. *See January 14, 2016 Order* at 2 ("Plaintiffs did not present evidence sufficient to show a likelihood of success" on the merits of their claims).

Effectively, the Plaintiffs request the Court to reconsider its prior decision and enjoin the action of the Defendants. The present no new evidence, demonstrate no change in the law or any clear error in the previous decision by the Court. *See Mayfield v. Nat'l Ass'n for Stock Car Auto Racing, Inc.,* 674 F.3d 369, 378 (4th Cir. 2012) (reconsideration under Fed. R. Civ. P. 59(e) "may only be granted in three situations: (1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or prevent manifest injustice.") (quotation and citation omitted). Simply stated, the Plaintiffs merely rehash their previous arguments, which the Court already found insufficient to justify the issuance of injunctive relief. It should similarly deny the current request.

## CONCLUSION

WHEREFORE, the Defendants respectfully request the Court deny the Plaintiffs' motion for emergent relief.

2

Respectfully submitted,

JAMES B. ALCORN, CLARA BELLE WHEELER and SINGLETON B. McALLISTER

By: /s/
    J. Duncan Pitchford, Asst. Atty. Gen. (VSB No. 87065)
    Anna T. Birkenheier, Asst. Atty. Gen. (VSB No. 86035)
    Office of the Virginia Attorney General
    900 East Main Street
    Richmond, Virginia 23219
    Telephone: (804) 371-0977
    Facsimile: (804) 786-2650
    jpitchford@oag.state.va.us

Mark R. Herring
Attorney General

John W. Daniel, II
Deputy Attorney General

Rhodes B. Ritenour
Deputy Attorney General

Heather Hays Lockerman
Senior Assistant Attorney General & Section Chief

J. Duncan Pitchford (VSB No. 87065)*
Assistant Attorney General III

Anna T. Birkenheier (VSB No. 86035)*
Assistant Attorney General

Adam J. Yost
Assistant Attorney General

Office of the Attorney General
Commonwealth of Virginia
900 East Main Street
Richmond, Virginia 23219
(804) 371-0977 – Office
(804) 786-2650 – Facsimile
jpitchford@oag.state.va.us

*Counsel of record for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Chester Smith, Esq.
Smith Law Group, PLLC
293 Independence Boulevard, Suite 231
Virginia Beach, Virginia 23462
Telephone: (757) 490-3181
chucsmit@live.com
*Counsel for Plaintiffs*

Jack R. Wilson, III, Esq.
Jack R. Wilson, III PLC
9401 Courthouse Rd., Suite 204
Chesterfield, Virginia 23832
Telephone: (804) 425-9474
jack@jackwilsonplc.com
*Counsel for Republican Party of Virginia*

/s/
J. Duncan Pitchford, Asst. Atty. Gen. (VSB No. 87065)
*Counsel for Defendants*
Office of the Virginia Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 371-0977
Facsimile: (804) 786-2650
jpitchford@oag.state.va.us